IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ARRON MICHAEL LEWIS**                                                          **PLAINTIFF**
Reg. #16557-045

v.                      No. 2:22-cv-127-DPM

**GREG RECHCIGL, HSA, WellPath**                          **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Lewis hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2022