IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                    PLAINTIFF
Reg. #16557-045

v.                         No. 2:22-cv-127-DPM

GREG RECHCIGL, HSA, WellPath                           DEFENDANT

## JUDGMENT

Lewis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022